**E-filed 5/31/07**

1
2
3
4
5
6
7
8
9
10
11

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  SCOTT STEARNS,                        )       No. C 07-1074 JF (PR)
                                          )
13              Plaintiff,                )       ORDER GRANTING
                                          )       PLAINTIFF'S MOTION TO
14      vs.                               )       DISMISS; DENYING
                                          )       PLAINTIFF'S MOTION TO
15                                        )       PROCEED IN FORMA
    CALIFORNIA DEPARTMENT OF              )       PAUPERIS AS MOOT; NO
16  CORRECTIONS AND                       )       FILING FEE IS DUE
    REHABILITATION, et al.,               )
17                                        )
                Defendants.               )
18  _____ )       (Docket Nos. 2, 3)

19
20          Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant

21  to 42 U.S.C. § 1983.  On April 30, 2007, Plaintiff filed a motion to dismiss the instant

22  case requesting that the Court dismiss the case and not require Plaintiff to pay the filing

    fee.
23
            A plaintiff has the absolute right to dismiss his or her action by filing a notice of
24
    dismissal "at any time before service by the adverse party of an answer or of a motion for
25
    summary judgment."  Fed. R. Civ. P. 41(a)(1)(i).  Said dismissal may be with or without
26
    prejudice, but unless plaintiff's notice of dismissal states otherwise, it is deemed to be
27
    "without prejudice."  See Fed. R. Civ. P. 41(a)(1);
28

Order Granting Plaintiff's Motion to Dismiss; Denying Plaintiff's Motion to Proceed In Forma Pauperis  as Moot;
No Filing Fee Is Due
P:\pro-se\sj.jf\cr.07\Stearns074dis                    1

Humphreys v. United States, 272 F.2d 411, 412 (9th Cir. 1959).

Plaintiff's motion to dismiss (docket no. 3) is GRANTED.  The instant civil rights action is DISMISSED without prejudice.  Based upon this dismissal, Plaintiff's pending motion to proceed in forma pauperis (docket no. 2) is DENIED as moot.  No filing fee is due.  The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: __5/31/07__

_____
JEREMY FOGEL
United States District Judge

Order Granting Plaintiff's Motion to Dismiss; Denying Plaintiff's Motion to Proceed In Forma Pauperis  as Moot;
No Filing Fee Is Due
P:\pro-se\sj.jf\cr.07\Stearns074dis                                   2

1    A copy of this ruling was mailed to the following:

2

3    Scott Stearns
     J-61801
     Pelican Bay State Prison
4    P.O. Box 7500
     Crescent City, CA  95532-7500

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Plaintiff's Motion to Dismiss; Denying Plaintiff's Motion to Proceed In Forma Pauperis as Moot;
No Filing Fee Is Due
P:\pro-se\sj.jf\cr.07\Stearns074dis                3